UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA      )
                                       )     No.    20 CR 50036
vs.                                    )             20 CR 50028
                                        )
DAVID LUIS SILVA-CASTRO       )     Magistrate Judge Lisa A. Jensen

## JOINT STATUS REPORT

Per this Court's order, counsel for the government and the defendant submit the following status report:

Defense counsel has completed the review of the discovery. Defense counsel has received and reviewed the proposed plea agreement provided by the government. Defense counsel previously met with the defendant about the proposed plea agreement but needs to have an additional meeting with the defendant to review certain matters relating to the proposed plea agreement. In addition, a legal issue that potentially relates to plea negotiations and the potential range of sentences at issue has led to a circuit split and is currently pending before the Seventh Circuit. The case pending before the Seventh Circuit has been fully briefed and was argued before the Court in December 2021. The Seventh Circuit, however, has not yet issued its decision.

The defense requests a 60-day continuance on these cases to allow defense counsel to confer with defendant regarding the developing law and possible outcomes. The government does not object to the requested continuance.

The government moves for the time to be excluded for purposes of the Speedy Trial Act until the next status date pursuant to 18 U.S.C. § 3161(h)(7) because the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, and the failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation, including time necessary for defense counsel to consult with defendant regarding potential resolution of these cases and advise defendant about the developing law and possible outcomes, taking into account the exercise of due diligence. The defendant has no objection to the exclusion of time until the next status date.

Jointly submitted by:

s/ Mark Byrd                                     5/17/2022
MARK BYRD                                        DATE
Attorney for David Luis Silva-Castro


s/ Talia Bucci                                   5/17/2022
TALIA BUCCI                                      DATE
Assistant United States Attorney

2

## CERTIFICATE OF FILING AND SERVICE

I, TALIA BUCCI, certify that on May 17, 2022, in accordance with Fed. R.

Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing

(ECF), the following document:

## JOINT STATUS REPORT

was served pursuant to the district court's ECF system as the ECF filers.

 *s / Talia Bucci*
TALIA BUCCI
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, IL 61101
(815) 987-4444